UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>In re Bank of America Securities Litigation | USCA DOCKET NUMBER:<br>13-1573 | COUNSEL'S NAME:<br>John Rizio-Hamilton |
| | DISTRICT/AGENCY:<br>S.D.N.Y. | COUNSEL'S ADDRESS:<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019 |
| | DISTRICT/AGENCY NUMBER:<br>09-MD-2058 | DATE:<br>11/19/2014 |

Counsel for
 Plaintiffs-Appellees Public Pension Funds and Grant Mitchell
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
 The Appellants set forth in Exhibit A
and in favor of
 Bernstein Litowitz Berger & Grossmann LLP
for insertion in the mandate.

Docketing Fee                                                                 _____

Costs of printing appendix (necessary copies _____ )    _____

Costs of printing brief (necessary copies ____6____ ____ )         $428.97

Costs of printing reply brief (necessary copies _____ )  _____


**(VERIFICATION HERE)**

/s John Rizio-Hamilton
_____
Signature

Rev. April, 2011

*In re Bank of America Securities Litigation*,
Docket No. 13-1573 (L), 13-1677(con),
13-1798(con), 13-1830(con), 13-1853(con)

Exhibit A to Verified Itemized Bill of Costs

The Appellants against whom the Bill of Cost should be entered are the appellants in Docket Nos. 13-1798, 13-1830, and 13-1853, specifically: Michael Washenik, Laurel Washenik, Leonard Masiowski, MaryAnn Masiowski, Michael J. Rinis, Babette Rinis, Michael J. Rinis IRA, Orloff Family Trust DTD 10/3/91, Orloff Family Trust DTD 12/31/01, and St. Stephen, Inc.

Co-Lead Counsel for Plaintiffs-Appellees Public Pension Funds and Grant Mitchell advanced the costs of preparing Plaintiffs-Appellees' brief and supplemental appendix and therefore the Bill of Cost should be entered in favor of Co-Lead Counsel Bernstein Litowitz Berger & Grossmann, which will reimburse the other Co-Lead Counsel.

Attached hereto is a true and correct copy of the invoice received from Counsel Press LLC, the printer of Plaintiffs-Appellees' brief and supplemental appendix in the above-captioned matter, reflecting the actual costs of printing Plaintiffs-Appellees' brief and supplemental appendix in the amount of $1,599.92.

Pursuant to Local Rule 39.1(a), Plaintiffs-Appellees seek reimbursement for the costs of preparing the six (6) copies of the brief and special appendix required by Local Rule 31.1. Pursuant to Local Rule 39.1(b), Plaintiffs-Appellees have adjusted their request for costs to reflect the maximum rates as set forth in the Court's Fee Schedule: (i) $0.20 per page for reproduction; (ii) $125 per cover; and (ii) $5 per binding for each copy. The adjusted Bill of Costs is set forth below:

*Brief and Special Appendix for Plaintiff-Appellees* (6 copies)

| | | | | |
|---|---|---|---|---|
| Reproduction | 95 pages | at | $ 0.20 | $ 114.00 |
| Two-sided covers | | | $ 250.00 | $ 250.00 |
| Perfect Binding | 6 volumes | at | $ 5.00 | $ 30.00 |
| Subtotal | | | | $ 394.00 |
| Sales Tax at 8.875% | | | | $ 34.97 |
| Total | | | | $ 428.97 |

I verify that foregoing is true and correct.

Dated: November 19, 2014

    */s John Rizio-Hamilton*
John Rizio-Hamilton
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnr@blbglaw.com

BoA
1147-001

# Invoice

**Counsel Press LLC**
SDS-12-2802
PO Box 86
Minneapolis, MN 55486-2802

PLEASE NOTE NEW
REMITTANCE ADDRESS

| | |
|---|---|
| Invoice Number: | 0009044482 |
| Date: | 11/8/2013 |
| Fed. Tax ID: | 43-2070509 |
| Terms: | ON RECEIPT |

Sold To

Bernstein Litowitz Berger
& Grossmann LLP
1285 Avenue of the Americas
38th Floor
New York, NY 10019   USA
Attention: John Rizio-Hamilton, Esq.

File No.: 250168
Court: USCOA - 2ND
Case Name: In Re Bank of America Corp.

Amount

For Reproduction of:

APPELLEE'S BRIEF
& SUPPLEMENTAL APPENDIX - (10 copies, 95 pages)

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| 1.00 | Preparation of Brief & Appendix | @ | $775.00 | $775.00 |
| 2.00 | Additional Cover(s) | @ | $105.00 | $210.00 |
| 2.00 | Page(s) Table of Contents | @ | $98.00 | $196.00 |
| 34.00 | Numbered Make Ready | @ | $0.25 | $8.50 |
| 1.00 | Hour(s) Paralegal Time | @ | $105.00 | $105.00 |
| 1.00 | Electronic File Production and Review | @ | $65.00 | $65.00 |
| 1.00 | File(s) Uploaded | @ | $35.00 | $35.00 |
| 1.00 | Filing of Documents | @ | $75.00 | $75.00 |

JRH to pay 1/3

01-MCE

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $1,469.50 |
| Sales Tax | $130.42 |
| | $0.00 |
| Payment/Credit Amount | $0.00 |
| Balance | $1,599.92 |

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY

TO PAY - 1,066.59